# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR267 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| NICOLE L. HATTEN, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Court's own motion.

In accordance with the minutes of the October 12, 2011, hearing and the notification from the Federal Public Defender's Office and the probation office that a bed is available,

IT IS ORDERED:

1. The Defendant shall be released from the U.S. Marshal on November 8, 2011, to a member of the Federal Public Defender's Office for transportation to the Santa Monica treatment facility;

3. The Defendant is released under the conditions of supervision listed in the Judgment for Revocation of Probation or Supervised Release (Filing No. 173), as well as the condition that she participate in and successfully complete treatment at Santa Monica treatment facility; and

3. The Clerk shall immediately deliver a copy of this order to the U.S. Marshal for this district.

DATED this 7th day of November, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge